BOOTZ MFG. CO., INC. v. REVIEW BD. OF THE
INDIANA EMPLOYMENT SECURITY DIVISION ET AL.

[No. 567A1. Filed July 12, 1968. Rehearing denied July 12, 1968. Transfer denied October 9, 1968.]

*Arthur R. Donovan, Harry P. Dees, Joseph A. Yocum,* and *Kahn, Dees, Donovan & Kahn,* of counsel, of Evansville, for appellants.

*William E. Roberts, D. Reed Scism* and *Roberts & Ryder,* of counsel, of Indianapolis, Amicus Curiae, for Indiana Manufacturers Association, Indianapolis Chamber of Commerce.

*Wilbur F. Dassel* and *Winfield K. Denton,* of Evansville, for appellees.

*John J. Dillon,* Attorney General and *William E. Matheny,* Deputy Attorney General, for Review Board of the Indiana Employment Security Division.

*Edward J. Fillenwarth* and *Edward J. Fillenwarth, Jr.,* and *Fillenwarth & Fillenwarth,* of counsel, of Indianapolis, Amicus Curiae Indiana Conference of Teamsters.

*Lloyd L. DeWester, Jr.* and *Albert J. Schlitt,* and *DeWester, Raftery & Andrews,* of counsel, of Indianapolis, Amicus Curiae, Indiana State A.F.L.-C.I.O.

PRIME, J.—The appellant herein on June 27, 1968, filed its Petition for Rehearing supported by briefs.

On July 1, 1968, duplicate briefs were filed by the appellant containing proper signatures of counsel which signatures were omitted on the original briefs.

On July 5, 1968, the appellees filed their Petition to Dismiss the Petition for Rehearing properly supported by briefs and on July 9, 1968, appellants filed response to said Petition to Dismiss.

The petition to dismiss appellant's rehearing petition alleges that the application for rehearing fails to concisely state the reasons why the decision is thought to be erroneous, separate and apart from the argument and citations contained in the brief.

We believe that the Petition for Rehearing meets the requirements of Rule 2-22 of the Rules of the Supreme Court of Indiana and we therefore overrule the Petition to Dismiss.

Upon consideration of the merits of the Petition for Rehearing we conclude that no question has been raised that was not disposed of in the opinion.

The case was presented to this court by briefs from both parties together with numerous briefs by Amicus Curiae. The matter was thoroughly embraced by all parties.

Finding no substantial grounds to justify a reconsideration of this matter, the Petition for Rehearing is denied.

Carson, C.J., Cooper and Faulconer, J.J., concur.

NOTE.—Reported in 238 N. E. 2d 472.